TAW
F.# 2021R00693

Clerk's Office
Filed Date: 9/21/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ROBERT DIAZ,
   also known as "Havoc,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 21-456 (KAM)

      Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Temidayo Aganga-Williams, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
        September 21      , 2021

*Taryn A. Merkl*
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK